DEBORAH C. ENGLAND, ESQ. (SBN: 122424)
Attorney At Law
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-9230

Attorney for Plaintiff
ABDUL ALANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL ALANI,<br><br>    Plaintiff,<br><br>v.<br><br>ALASKA AIRLINES, INC.; CORPORATE DOES 1 - 20; and INDIVIDUAL DOES 21 - 40, inclusive,<br><br>    Defendants. | Case No. CV-10-2766 VRW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**(Civil Local Rule 3-16)** |

1 | TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      Pursuant to Civil Local Rule 3-16, the undersigned certifies that, as of this date, there is no such interest to report.

Dated:  August 27, 2010

                                    LAW OFFICES OF
                                    DEBORAH C. ENGLAND

                              By: /ss/ *Deborah C. England*
                                    Deborah C. England
                                    Attorney for Plaintiff
                                    ABDUL ALANI