**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ABDUL ALANI,

    Plaintiff,

v.

ALASKA AIRLINES INC., CORPORATE DOES 1–20, and INDIVIDUAL DOES 21–40, inclusive,

    Defendants.

 /

No. C 10-02766 WHA

**CORRECTIVE NOTICE RE CASE MANAGEMENT ORDER**

    The case management order in this action included a goofed-up "subject-to" clause at the outset of the paragraph dealing with experts. Please ignore the "subject-to" clause. The paragraph should simply begin, "The last date for designation . . . . "

Dated: January 5, 2011.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE