IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ABDUL ALANI,

    Plaintiff,

  v.

ALASKA AIRLINES INC., CORPORATE DOES 1–20, and INDIVIDUAL DOES 21–40, inclusive,

    Defendants.

No. C 10-02766 WHA

**ORDER EXTENDING TIME TO FILE LETTER BRIEF RE DISCOVERY DISPUTE**

    The parties may have to and including **SEPTEMBER 20, 2011**, in which to file their letter briefs regarding their discovery disputes. The Court shall then set a meet-and-confer and hearing date. Please read the Court's supplemental order to order setting initial case management conference (docket entry No. 19).

**IT IS SO ORDERED.**

Dated: September 16, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE