United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ABDUL ALANI,

    Plaintiff,

  v.

ALASKA AIRLINES INC., CORPORATE DOES 1–20, and INDIVIDUAL DOES 21–40, inclusive,

    Defendants.
                                  /

No. C 10-02766 WHA

**ORDER RE PLAINTIFF'S DISCOVERY DISPUTE**

The Court acknowledges receipt of plaintiff's letter of September 20, 2011, and hereby **SETS** a meet-and-confer for **MONDAY, SEPTEMBER 26 STARTING FROM 10:00 A.M. AND CONTINUING TO 2:00 P.M.** in the Attorney's Lounge on the eighteenth floor of the federal courthouse. Please check in with chambers before meeting in the Attorney's Lounge. At 2:00 p.m., the Court shall hold a hearing to resolve any remaining discovery dispute(s). Defendant's response is due by noon on September 23.

Please note that only those who personally participate in the meet-and-confer in the Attorney's Lounge may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: September 21, 2011.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE