IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ABDUL ALANI,

    Plaintiff,

  v.

ALASKA AIRLINES INC., CORPORATE DOES 1–20, and INDIVIDUAL DOES 21–40, inclusive,

    Defendants.
                              /

No. C 10-02766 WHA

**ORDER RE PLAINTIFF'S DISCOVERY DISPUTE**

The Court acknowledges receipt of plaintiff's letter of September 20, 2011, and hereby **SETS** a meet-and-confer for **MONDAY, SEPTEMBER 26 STARTING FROM 10:00 A.M. AND CONTINUING TO 2:00 P.M.** in the Attorney's Lounge on the eighteenth floor of the federal courthouse. Please check in with chambers before meeting in the Attorney's Lounge. At 2:00 p.m., the Court shall hold a hearing to resolve any remaining discovery dispute(s). Defendant's response is due by noon on September 23.

Please note that only those who personally participate in the meet-and-confer in the Attorney's Lounge may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: September 21, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE