DEBORAH C. ENGLAND, ESQ. (SBN: 122424)
Attorney At Law
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-9230

Attorney for Plaintiff
ABDUL ALANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDUL ALANI, <br><br> Plaintiff, <br><br> v. <br><br> ALASKA AIRLINES, INC.; CORPORATE DOES 1-20; and INDIVIDUAL DOES 21-40, inclusive, <br><br> Defendants. | Case No. CV-10-2766 WHA <br><br> **[PROPOSED] ORDER COMPELLING PRODUCTION OF DOCUMENTS BY DEFENDANT ALASKA AIRLINES, INC.** |

Plaintiff Abdul Alani's Second Request for Production of Documents sought production of, *inter alia*, reports submitted to Defendant by any Alaska Airlines technician under the terms of the "Aviation Safety Action Program" ("ASAP") during the period January 1, 2000, to date. Defendant objected and declined to produce the documents on the grounds that Alaska Airlines does not have the unilateral right to produce the ASAP documents, that they are neither relevant nor likely to lead to the discovery of admissible evidence regarding Plaintiff's national origin and retaliation claims, and that production of the documents would chill ASAP reporting by employees.

The parties met and conferred, as a consequence of which Plaintiff narrowed his request to ASAP reports submitted to Defendant by avionics technicians in the specified period, with the technicians' names redacted and replaced by a numeric code. Defendant responded that its objections remained and declined to produce the requested documents.

Plaintiff sought an order compelling Defendant to produce ASAP reports submitted to it by avionics technicians. Plaintiff submitted to the Court a letter brief dated September 20, 2011, summarizing the relief sought, pursuant to the Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup. Defendant submitted to the Court a letter brief in opposition dated September 23, 2011. This matter came on for hearing before the Honorable William H. Alsup on September 26, 2011, at 2:00 p.m., Deborah C. England, Esq., appearing for Plaintiff and Angela M. Corridan, Esq., of Davis Wright Tremaine, LLP, appearing for Defendant.

The Court, having considered the pleadings and papers filed in support and opposition to Plaintiff's request for relief, the other pleadings and papers on file in this matter, as well as the arguments of counsel, now orders as follows:Defendant is ordered to produce ASAP reports submitted by technicians employed by Defendant at either San Francisco International Airport or

Oakland International Airport, who have submitted three or more ASAP reports, whether accepted or rejected by the ASAP committee, during the period January 1, 2007, through August 31, 2008. The name of a technician submitting any ASAP report to be produced shall be redacted and replaced by a unique numeric code assigned to the individual technician. The redacted documents may be produced by Defendant subject to the stipulated Protective Order entered in this action.

The documents to be produced shall be served on Plaintiff's counsel not later than October 11, 2011. Defendant shall have one week from the date of the hearing of this matter to submit a letter on behalf of the Federal Aviation Administration ("FAA") and/or the Aircraft Mechanics Fraternal Organization ("AMFA"), respectively, if either entity objects to the disclosure of the redacted documents, requesting to be heard to object to this Order.

SO ORDERED.

Dated: September 29, 2011.

William Alsup
UNITED STATES DISTRICT JUDGE

Approved as to form.

Dated: September 28, 2011                    DAVIS WRIGHT TREMAINE, LLP

By: */s/ Angela M. Corridan*
ANGELA M. CORRIDAN

3
[PROPOSED] ORDER COMPELLING PRODUCTION OF DOCUMENTS
BY DEFENDANT ALASKA AIRLINES, INC.
CASE NO. CV-10-2766 WHA

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Deborah C. England, attest that I obtained the concurrence of Angela M. Corridan, in filing this document.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 28th day of September, 2011, at San Francisco, California.

*/s/ Deborah C. England*
Deborah C. England

---

4
[PROPOSED] ORDER COMPELLING PRODUCTION OF DOCUMENTS
BY DEFENDANT ALASKA AIRLINES, INC.
CASE NO. CV-10-2766 WHA