Deborah C. England (CSB 122424)
Attorney At Law
351 California Street, Suite 700
San Francisco, CA  94104
Telephone: (415) 434-9800
Facsimile:  (415) 434-9230

Attorney for Plaintiff
ABDUL ALANI

Michael Reiss (CSB 48527)
Stuart W. Miller (CSB 127766)
Angela M. Corridan (CSB 257076)
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Defendant
ALASKA AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDUL ALANI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALASKA AIRLINES, INC.; CORPORATE DOES 1-20; and INDIVIDUAL DOES 21-40, inclusive,<br><br>　　　　Defendants. | Case No. CV-10-2766 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING THE COURT WITHDRAW SEPTEMBER 29, 2011 ORDER** |

WHEREAS, on September 29, 2011, the Court signed an Order ("September 29, 2011 Order") requiring Defendant to produce "Aviation Safety Action Program" ("ASAP") reports submitted by technicians employed by Defendant at either San Francisco International Airport or Oakland International Airport, who have submitted three or more ASAP reports, whether accepted or rejected by the ASAP committee, during the period January 1, 2007, through August 31, 2008.

WHEREAS, the September 29, 2011 Order further stated that the name of a technician submitting any ASAP report to be produced shall be redacted and replaced by a unique numeric code assigned to the individual technician and that such documents may be produced by Defendant subject to the stipulated Protective Order entered in this action.

WHEREAS, the September 29, 2011 Order further stated that the documents to be produced shall be served on Plaintiff's counsel not later than October 11, 201, and that Defendant shall have one week from the date of the hearing on that matter to submit a letter on behalf of the Federal Aviation Administration ("FAA") and/or the Aircraft Mechanics Fraternal Organization ("AMFA"), respectively, if either entity objects to the disclosure of the redacted documents, requesting to be heard to object to the September 29, 2011 Order.

WHEREAS, the parties have reached an agreement concerning the ASAP reports subject to the Court's September 29, 2011 Order that does not require Defendants to produce ASAP reports.

THEREFORE, the parties stipulate to the request that the Court withdraw and remove from court records the September 29, 2011 Order; or, in the alternative, that this Stipulation and [Proposed] Order will replace and supersede the September 29, 2011 Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 3, 2011

DAVIS WRIGHT TREMAINE LLP

By: /s/ Stuart W. Miller
Stuart W. Miller
Attorneys for Defendant
ALASKA AIRLINES, INC.

Dated: October 3, 2011

DEBORAH C. ENGLAND,
ATTORNEY AT LAW

By: /s/ Deborah C. England
Deborah C. England
Attorneys for Plaintiff
ABDUL ALANI

This stipulation and order will replace and supersede the order dated September 29, 2011 (Dkt. No. 50). PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 5, 2011.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Angela M. Corridan, attest that I obtained the concurrence of Deborah C. England, in filing this document.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 3rd day of October, 2011, at San Francisco, California.

*/s/ Angela M. Corridan*
Angela M. Corridan