IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL ALANI,<br><br>  Plaintiff,<br><br> v.<br><br>ALASKA AIRLINES INC, CORPORATE DOES 1-20, and INDIVIDUAL DOES 21-40, inclusive,<br><br>  Defendants. | No. C 10-02766 WHA<br><br>**ORDER GRANTING LEAVE TO FILE SUR-REPLY AND DENYING MOTION TO STRIKE** |

Plaintiff Abdul Alani filed a motion to strike defendant's reply, or in the alternative, request for leave to file a sur-reply in opposition to defendant's motion for summary judgment (Dkt. No. 134). Plaintiff appended the proposed sur-reply to the motion. Defendant did not oppose. Having reviewed the motion and good cause appearing, plaintiff's request for leave to file a sur-reply is hereby **GRANTED**. The motion to strike is hereby **DENIED**. Plaintiff shall file the proposed sur-reply, which was appended to its motion requesting leave to file a sur-reply, by **5 P.M.**, **TODAY, DECEMBER 9**.

**IT IS SO ORDERED.**

Dated: December 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE