IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ABDUL ALANI,

    Plaintiff,

  v.

ALASKA AIRLINES INC, CORPORATE DOES 1-20, and INDIVIDUAL DOES 21-40, inclusive,

    Defendants.
                               /

No. C 10-02766 WHA

**ORDER STRIKING SUBMISSION AT DOCKET NUMBER 155**

    At the hearing on defendant Alaska Airlines' motion for summary judgment, plaintiff Abdul Alani was permitted to submit an additional document, which was tendered to the Court and opposing counsel at the hearing. In the interest of fairness, defendant was granted leave to submit an additional document regarding Michael Podgorski, to be filed by noon on December 9, 2011. Defendant made its submission (Dkt. No. 154). In response to this submission, plaintiff filed a supplemental declaration in opposition to defendant's motion for summary judgment and appended two exhibits (Dkt. No. 155). Plaintiff was not granted leave to make this submission, therefore, it is **STRICKEN**.

    **IT IS SO ORDERED.**

Dated: December 9, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE