IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ABDUL ALANI,

        Plaintiff,

  v.

ALASKA AIRLINES, INC.,
CORPORATE DOES 1–20, and
INDIVIDUAL DOES 21–40, inclusive,

        Defendants.

No. C 10-02766 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting defendant's motion for summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: December 13, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE