1  Michael Reiss (CSB 48527)
   Stuart W. Miller (CSB 127766)
2  Melissa K. Mordy (admitted Pro Hac Vice)
   Davis Wright Tremaine LLP
3  505 Montgomery Street, Suite 800
   San Francisco, CA  94111-6533
4  Telephone:  (415) 276-6500
   Facsimile:  (415) 276-6599
5  Email:  mikereiss@dwt.com
           stuartmiller@dwt.com
6          missymordy@dwt.com

7  Attorneys for Defendant
   ALASKA AIRLINES, INC.
8

9  Deborah C. England (CSB 122424)
   Attorney At Law
10 351 California Street, Suite 700
   San Francisco, CA  94104
11 Telephone:  (415) 434-9800
   Facsimile:  (415) 434-9230
12 Email: dcengland@earthlink.net

13 Attorneys for Plaintiff
   ABDUL ALANI
14

15

16                   UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

19

| ABDUL ALANI, | ) | Case No. CV-10-2766 WHA |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **STIPULATION AND [PROPOSED]** |
|  | ) | **ORDER** |
| ALASKA AIRLINES, INC.; CORPORATE | ) | _____ |
| DOES 1-20; and INDIVIDUAL DOES 21-40, | ) |  |
| inclusive, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |
|  | ) |  |

DAVIS WRIGHT TREMAINE LLP

WHEREAS, on December 13, 2011, the Court granted defendant Alaska Airlines, Inc.'s ("Alaska's") motion for summary judgment (Dkt. No. 160), dismissing plaintiff Abdul Alani's claims against Alaska, and entered judgment in favor of Alaska (Dkt. No. 161).

WHEREAS, following the Court's Order and Entry of Judgment, the parties met and conferred on December 22 and 23, 2011, in an effort to resolve Alaska's proposed cost bill and motion for extraordinary costs and/or attorney's fees.

WHEREAS, the parties reached an agreement that does not require Alaska to file a cost bill and/or move for costs or fees.

WHEREAS, as part of the parties' agreement, defendant Alaska stipulates and agrees to waive its right to seek costs or fees arising out of the instant lawsuit.

WHEREAS, as part of the parties' agreement, plaintiff Alani stipulates and agrees to waive his right to appeal any part of the instant lawsuit, including but not limited to the Court's December 13, 2011 Order granting Alaska's motion for summary judgment.

THEREFORE, the parties agree that the Court's Entry of Judgment in favor of Alaska (Dkt. No. 161) is final and non-appealable.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  December 27, 2011

DAVIS WRIGHT TREMAINE LLP

By: *s/ Melissa K. Mordy*
    Michael Reiss
    Stuart W. Miller
    Melissa K. Mordy
    Attorneys for Defendant
    ALASKA AIRLINES, INC.

Dated:  December 27, 2011

DEBORAH C. ENGLAND,
ATTORNEY AT LAW

By: *s/ Deborah C. England*
    Deborah C. England
    Attorneys for Plaintiff
    ABDUL ALANI

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  January 3, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE